Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ○ YES  ● NO

**DOCKET NUMBER:** 3:21-cr-253-MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs MICHAEL MANDEL BALDWIN

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** : 2018R00687

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : SUMMONS

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight)*: ○ Petty  ○ Misdemeanor  ● Felony

15 U.S.C. §§ 78j(b) & 78(ff)

**JUVENILE:** ○ Yes  ● No

**ASSISTANT U. S. ATTORNEY** : CARYN FINLEY

**VICTIM/WITNESS COORDINATORS:** SHIRLEY RUTLEDGE

**INTERPRETER NEEDED** : N/A

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving.)