UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:21-cr-253 |
|---|---|
| v. | ) |
| | ) **NOTICE OF ATTORNEY APPEARANCE** |
| MICHAEL MANDEL BALDWIN | ) |
| | ) |

**NOW COMES** the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the appearance of the undersigned Assistant United States Attorney for the Government in the above-referenced action.

**RESPECTFULLY SUBMITTED**, this the 24th day of May, 2022.

Dena J. King
United States Attorney


//s// Kenneth M. Smith
Assistant United States Attorney
NC Bar No: 17934
U.S. Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
704.338.3160 direct dial
704.344.6222 main office
704.344.6629 fax
Kenny.Smith@usdoj.gov