# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:21-CR-253-MOC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Vs. | )    ORDER<br>) |
| MICHAEL MANDEL BALDWIN, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on the Government's Motion for Reciprocal Discovery, filed pursuant to FED. R. CRIM. 16(b). (Doc. No. 20).

The motion is **GRANTED**.

Signed: July 13, 2022

Max O. Cogburn Jr
United States District Judge