IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:21-CR-253 |
| | ) | |
| v. | ) | MOTION FOR A PREEMPTORY |
| | ) | TRIAL SETTING |
| MICHAEL MANDEL BALDWIN | ) | |
| | ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and respectfully asks this Court to set this matter for trial on September 6, 2022. In support of this Motion, the United States asserts the following:

1. The trial in this matter is currently set for the Court's September 6, 2022 trial term.

2. Undersigned counsel Kenneth Smith is scheduled for trial on September 12, 2022 in *United States v. Gregory Palmer* (3:21-cr-234-FDW).

3. The United States communicated with defense counsel Melissa Owen regarding this Motion and she joins in its filing.

4. The United States believes that this matter can be tried in two to three days, depending on the length of the defendant's case.

Therefore, the United States respectfully requests that this Court set September 6, 2022, as the trial date for this matter so that the Court, the trial attorneys, and witnesses can plan accordingly.

RESPECTFULLY SUBMITTED this the 28th day of July, 2022.

DENA J. KING
UNITED STATES ATTORNEY

/s/ CARYN FINLEY
CARYN FINLEY
Assistant United States Attorney
New York Bar Number: 3953882


/s/ KENNETH SMITH
KENNETH SMITH
Assistant United States Attorney
N.C. State Bar No. 17934

United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, NC 28202
(704) 344-6222 (office)
(704) 344-6629 (facsimile)