# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:21-cr-253-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Vs.** | ) | **VERDICT FORM** |
| | ) | |
| | ) | |
| **MICHAEL MANDEL BALDWIN,** | ) | |
| | ) | |
| Defendant. | ) | |

1. As to the charge in Count One of the Bill of Indictment of Securities Fraud in violation of 15 U.S.C. §§ 78j and 78ff, do you find defendant **MICHAEL MANDEL BALDWIN**:

    GUILTY _____ NOT GUILTY

2. As to the charge in Count Two of the Bill of Indictment of Wire Fraud in violation of 18 U.S.C. § 1343, do you find defendant MICHAEL MANDEL BALDWIN:

    GUILTY _____ NOT GUILTY

So say we all, this the 17 day of November 2022.



Signe