UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cr-00253-MOC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| **MICHAEL MANDEL BALDWIN,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Government's Unopposed Motion for Extension of Time to Respond to Defendant's Objections to the PSR. (Doc. No. 68). Having considered the Government's Motion and reviewed the pleadings, this Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government's Unopposed Motion for Extension of Time to Respond to Defendant's Objections to the PSR (Doc. No. 68) is **GRANTED**. The Government shall have up to and inclusive of March 17, 2023 to respond to Defendant's objections to the PSR in this matter.

Signed: February 7, 2023

Max O. Cogburn Jr.
United States District Judge