# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:21CR253

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| MICHAEL MANDEL BALDWIN | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the United States' Motion for Final Determination of Restitution (Doc. 111). As set forth below, the motion is **GRANTED**, and restitution is ordered to the victims of Defendant's offense.

On November 17, 2022, Defendant was found guilty of one count of securities fraud, in violation of 15 U.S.C. §§ 78j and 78ff(a), and one count of wire fraud, in violation of 18 U.S.C. § 1343 On August 20, 2024, the Court sentenced Defendant to 27 months' imprisonment. (Doc. 106). At that time, the Court held open the final determination of restitution until September 19, 2024, as authorized by 18 U.S.C. § 3664(d)(5). (Id.). On September 18, 2024, the Government filed the pending motion for restitution, to which Defendant has not objected.

The Court finds that the amounts set forth in Exhibit A of the Government's motion for final determination of restitution are supported by a preponderance of the evidence and constitute a "final determination" for purposes of ordering restitution pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A.

 **IT IS THEREFORE ORDERED** that, based on the reasons set forth in the motion, 18 U.S.C. § 3664(d)(5), and the Mandatory Victim Restitution Act, the Judgment in this case (Doc. No. 106) shall be amended to include a final restitution figure of $539,292 payable in the following amounts:

| | |
|---|---|
| Angela Damper | $2,628 |
| Ashleigh Dawson | $1,131.50 |
| Barbara Simmons | $5,329 |
| Ben Hacker | $3,747.39 |
| Bernadita Alapide | $949 |
| Brandy Mosley | $803 |
| Candice Bailey | $2,920 |
| Charles Clark | $2,168 |
| Cheryl Long | $1,679 |
| Claude and Emma Smith | $1,022 |
| Donald Smith | $511 |
| Ezell Adams | $6,867.20 |
| Gwendolyn Kelly | $1,825 |
| Harbor Baptist Church | $185,816.53 |
| James and Carol Johnson | $876 |
| James Davis | $2,044 |
| James Greene | $876 |
| Jean-Pierre Turner | $5,329 |
| Jemi and Heidi Purcell | $100 |
| Jeremy Purcell | $3,599 |
| John Berry | $2,628 |
| Ken Simmons | $72,000 |
| Kevin Wiafe | $3,300 |
| LaChelle Stewart | $6,483.28 |
| Leviticus Pope | $21,728.25 |
| Mandel Gregory | $1,825 |
| Mark McIntyre | $876 |
| Martin and Cheryl Mason | $3,212 |
| Micah Lathem | $5,329 |
| Nicola Jones | $2,409 |
| Paul Bunke | $2,217 |
| Raleigh Winborne | $2,628 |
| Robert Hart | $2,117 |
| Rudene Jones | $3,796 |
| Sam Sadek | $150,000 |
| Sandra Harrison | $511 |
| Saundra Woody | $6,000 |
| Sarita Bennett | $1,642.50 |
| Sean Brown | $1,095 |

2

| Stephanie Price | $584 |
| Vilma Valdes | $15,040.24 |
| Yolanda Johnson | $3,650 |
| **Total** | **$539,292** |

**IT IS FURTHER ORDERED** that any payment that is not paid in full shall be divided proportionately among the victims named. The victims' recovery is limited to the amount of their loss and Defendant's liability for restitution ceases if and when the victims receive full restitution.

All other terms and conditions of the original Judgment remain unchanged.

The Clerk is directed to certify copies of this Order to Defendant, counsel for Defendant, the United States Attorney, the United States Marshal Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

**SO ORDERED.**

Signed:  September 26, 2024

Max O. Cogburn Jr
United States District Judge