UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cr-253-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL MANDEL BALDWIN, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Compassionate Release, filed pursuant to the First Step Act of 2018. (Doc. No. 130).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: January 7, 2025

Max O. Cogburn Jr.
United States District Judge

1